*In re* ESTATE OF JAMES KAS, Deceased.—(STELLA KAS, Adm'x, Petitioner-Appellee, *v.* JOHN KAS *et al.*, Respondents-Appellants.)

(No. 58252; )

First District (1st Division)—September 24, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Nicholas S. Limperis, of Chicago, for appellants.

Adamowski, Newey & Riley, of Chicago, for appellee.